CARLIE CHRISTENSEN, United States Attorney (#663)
STEWART C. WALZ, Assistant United States Attorney (#3374)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682   Fax: (801)524-4475

FILED
U.S. DISTRICT COURT
2011 APR 11 P 3:42
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:11cr00283<br>Assigned To : Warner, Paul M.<br>Assign. Date : 4/11/2011<br>Description: USA v. Joseph |
| Plaintiff, | |
| v. | MISDEMEANOR INFORMATION |
| GABRIEL S. JOSEPH, | Vio. 26 U.S.C. § 7203<br>(Willful Failure to File Return) |
| Defendant. | |

The United States Attorney charges:

**Count 1**
**26 U.S.C. § 7203**
**(Willful Failure to File Return)**

During the calendar year 2004,

**GABRIEL S. JOSEPH,**

defendant herein, a resident of Utah, had and received income such that he was required by law, after the close of the calendar year 2004 and on or before April 15, 2005, to make and file an Individual Income Tax Return Form 1040 stating specifically the items of his gross income and any deductions and credits to which he was entitled with the person

assigned to receive returns at the local office of the Internal Revenue Service in the District of Utah, or with the Director of the Fresno Campus, Internal Revenue Service, at Fresno, California, or other proper officer of the United States, and that well knowing and believing this, he did willfully fail to file a federal individual income tax return for calendar year 2004 by the date prescribed by law, April 15, 2005, with said person assigned to receive returns at the local office of Internal Revenue Service, with said Director of the Fresno Campus, Internal Revenue Service, or with any other proper officer of the United States; all in violation of 26 U.S.C. § 7203.

### Count 2
### 26 U.S.C. § 7203
### (Willful Failure to File Return)

During the calendar year 2005,

**GABRIEL S. JOSEPH,**

defendant herein, a resident of Utah, had and received income such that he was required by law, after the close of the calendar year 2005 and on or before April 17, 2006, to make and file an Individual Income Tax Return Form 1040 stating specifically the items of his gross income and any deductions and credits to which he was entitled with the person assigned to receive returns at the local office of the Internal Revenue Service in the District of Utah, or with the Director of the Fresno Campus, Internal Revenue Service, at Fresno, California, or other proper officer of the United States, and that well knowing and believing this, he did willfully fail to file a federal individual income tax return for

calendar year 2005 by the date prescribed by law, April 17, 2006, with said person assigned to receive returns at the local office of Internal Revenue Service, with said Director of the Fresno Campus, Internal Revenue Service, or with any other proper officer of the United States; all in violation of 26 U.S.C. § 7203.

CARLIE CHRISTENSEN
United States Attorney

_____
STEWART C. WALZ
Assistant United States Attorney